No. 25-1047

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

---

STANLEY L. FELTON, SR.,
and
G'ESA KALAFI f/k/a STANLEY L. FELTON, JR.

Plaintiffs – Appellants,

v.

STEVEN JOHNSON, ET AL.

Defendants – Appellees.

---

**MOTION FOR WAIVER OF ORAL ARGUMENT**

---

PLEASE TAKE NOTICE that pursuant to Circuit Rule 34(e), Plaintiffs-Appellants Counsel, Michele K. Figueroa, hereby motions the Court to waive oral argument. This request was made on the initial Brief-in-Chief, and the request is also made because it is believed that the case is strong enough for a decision to be rendered solely on the briefs and record, along with it allows for Plaintiffs-Appellants Counsel to save time and costs associated with the preparation of oral arguments.

On August 6, 2025, I conferred with Counsel for the Defendants-Appellees, and they take no position on the motion to waive oral argument.

Dated this 12th day of August 2025.     FIGUEROA & ASSOCIATES, LLC

*/s/ Michele K. Figueroa*
BY:  MICHELE K. FIGUEROA
Attorney for the Plaintiffs - Appellants

Figueroa & Associates, LLC
PO Box 450843
Charlotte, NC 28247
(414) 342-3580 (ph.)
mfigueroa@figueroafirm.com